No. 98–1194. STEELTEK, INC. *v.* GRIFFIN. C. A. 10th Cir. Certiorari denied.

No. 98–1215. STAJOS, DBA AMERICAN EAGLE FIREWORKS, INC. *v.* CITY OF LANSING ET AL. Ct. App. Mich. Certiorari denied.

No. 98–1236. COMPANIA FINANCIERA ECUATORIANA DE DESAROLO, S. A. *v.* CHASE MANHATTAN BANK, SUCCESSOR IN INTEREST TO MANUFACTURERS HANOVER TRUST CO. C. A. 2d Cir. Certiorari denied.

No. 98–1246. GRAY *v.* BOARD OF REGENTS OF THE UNIVERSITY SYSTEM OF GEORGIA ET AL. C. A. 11th Cir. Certiorari denied.

No. 98–1252. ORISEK *v.* AMERICAN INSTITUTE OF AERONAUTICS AND ASTRONAUTICS. C. A. 2d Cir. Certiorari denied.

No. 98–1257. KIRSTEIN ET UX. *v.* PARKS CORP. C. A. 7th Cir. Certiorari denied.

No. 98–1258. HASSINE *v.* ZIMMERMAN, SUPERINTENDENT, PENNSYLVANIA STATE CORRECTIONAL INSTITUTE, ET AL. C. A. 3d Cir. Certiorari denied.

No. 98–1260. STUART, A MINOR, BY HIS NATURAL GUARDIAN AND NEXT FRIEND, CRAVEN, ET AL. *v.* AMERICAN CYANAMID CO. C. A. 2d Cir. Certiorari denied.

No. 98–1261. CALHOUN ET UX. *v.* CITY OF DURANT ET AL. Ct. Civ. App. Okla. Certiorari denied.

No. 98–1264. FOURNIER *v.* REARDON, INDIVIDUALLY AND AS SHERIFF FOR THE COUNTY OF ESSEX, ET AL. C. A. 1st Cir. Certiorari denied.

No. 98–1266. BENNINGFIELD ET AL. *v.* NUCHIA ET AL. C. A. 5th Cir. Certiorari denied.